UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSE ABREU BRAVO,<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX DETENTION,<br>Respondent. | No. 1:26-cv-07155-DAD-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2026, the magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 10.) Specifically, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated due process. (*Id.* at 4–10.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 11.) On October 28, 2026, respondent filed objections to the findings and recommendations stating that respondent objected for reasons that the magistrate judge already

/////

fully addressed and rejected. (Doc. No. 11.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on October 26, 2026 (Doc. No. 10) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus, (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Daniel Jose Abreu Bravo, A-File No. 234-272-705, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about August 6, 2026;
    b. Respondent is ENJOINED and RESTRAINED re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a pre-deprivation hearing before an immigration judge at which hearing respondent will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;
3. The Clerk of Court is directed to serve Central Valley Annex Detention Facility with a copy of this order; and
4. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE